THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONG HAM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A, a Delaware corporation,<br><br>    Defendant. | Case No. 3:23-cv-05698-BJR<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: August 23, 2023 |

## **STIPULATION**

Plaintiff, Jong Ham, and Defendant, JPMorgan Chase Bank, N.A. (together the "Parties"), STIPULATE AND AGREE to extend the deadline for Defendant to respond to Plaintiff's Complaint to September 19, 2023. The stipulation is based on the following:

WHEREAS, Plaintiff filed his complaint in this action on August 3, 2023;

WHEREAS, the complaint was served on Defendant on August 8, 2023;

WHEREAS, the deadline for Defendant to respond to the complaint under Fed. R. Civ. P. 12(a) is August 29, 2023;

WHEREAS, Defendant requires additional time to review its records and formulate a response and to accommodate for the intervening Labor Day holiday; and

STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT- 1
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

WHEREAS, Plaintiff agrees to provide Defendant with additional time to respond to the Complaint.

NOW THEREFORE, the parties stipulate to the following:

1. To extend the deadline for the Defendant to respond to the Complaint by 3 weeks, to **September 19, 2023**.

2. This stipulation and order shall not operate as an admissison of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection.

**STIPULATED AND AGREED TO** this 23nd day of August, 2023.

| | |
|---|---|
| **CAIRNCROSS & HEMPELMANN, P.S.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/Binah B. Yeung* | By: *s/ Per D. Jansen* |
| Binah B. Yeung, WSBA #44065 | Per D. Jansen, WSBA #49966 |
| Amy H. Yoon, WSBA #58102 | 1301 Second Avenue, Suite 2800 |
| 524 2nd Avenue, Suite 500 | Seattle, WA 98101 |
| Seattle, WA 98104-2323 | Phone: (206) 274-6400 |
| Phone: (206) 254-0700 | Email: per.jansen@morganlewis.com |
| Fax: (206) 587-2308 | |
| byeung@cairncross.com | |
| ayoon@cairncross.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT- 2
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

Dated: August 24, 2023.

_Barbara J Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Per D. Jansen*
Per D. Jansen, WSBA No. 49966
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: per.jansen@morganlewis.com

*Attorney for Defendant*

**CAIRNCROSS & HEMPELMANN, P.S.**

By: *s/Binah B. Yeung*
Binah B. Yeung, WSBA #44065
Amy H. Yoon, WSBA #58102
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323
Phone: (206) 254-4446
Fax: (206) 587-2308
byeung@cairncross.com
ayoon@cairncross.com

*Attorneys for Plaintiff*

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S COMPLAINT- 3
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401