THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONG HAM, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., a Delaware corporation,<br><br>          Defendant. | Case No. 3:23-cv-05698-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>September 12, 2023 |

Before the Court is the Parties' Stipulated Motion to Extend the Deadline to Respond to Plaintiff's Complaint. The Court finds good cause to grant the motion.

NOW THEREFORE, IT IS ORDERED THAT:

The deadline for Defendant to respond to Plaintiff's Complaint is extended to October 16, 2023.

IT IS SO ORDERED. Dated: September 19, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION TO EXTEND DEADLINE
TO RESPOND TO PLAINTIFF'S COMPLAINT- 1
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Per D. Jansen*
Per D. Jansen, WSBA No. 49966
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: per.jansen@morganlewis.com

*Attorney for Defendant*

**CAIRNCROSS & HEMPELMANN, P.S.**

By: *s/Binah B. Yeung*
Binah B. Yeung, WSBA #44065
Amy H. Yoon, WSBA #58102
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323
Phone: (206) 254-4446
Fax: (206) 587-2308
byeung@cairncross.com
ayoon@cairncross.com

*Attorneys for Plaintiff*

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 2
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401