HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JONG HAM, an individual,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a Delaware corporation,

    Defendant.

NO. 3:23-CV-05698-BJR

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**STIPULATED MOTION**

Plaintiff Jong Ham ("Ham") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") jointly request that the Court modify the briefing schedule on Defendant's Motion to Dismiss Plaintiff's Complaint filed October 16, 2023 (Dkt. 17) to allow for additional time to accommodate the Parties' schedules and upcoming holiday season. The Parties certify that they have conferred and stipulate and agree that the deadlines to file oppositions and replies should be extended as follows:

- November 15, 2023 Response due by Plaintiff Jong Ham
- December 6, 2023 Reply due by Defendant JPMorgan Chase

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 1
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

# CONCLUSION

For the reasons stated above, the Parties respectfully request the Court enter the order modifying briefing deadlines submitted herewith.

DATED this 18th day of October, 2023.

                                      CAIRNCROSS & HEMPELMANN, P.S.

                                      */s/ Binah B. Yeung*
                                      Binah B. Yeung WSBA No. 44065
                                      E-mail: byeung@cairncross.com
                                      Amy H. Yoon WSBA No. 58102
                                      E-mail: ayoon@cairncross.com
                                      524 Second Avenue, Suite 500
                                      Seattle, WA  98104-2323
                                      Telephone: (206) 587-0700
                                      Facsimile: (206) 587-2308

                                      Attorneys for Plaintiff Jong Ham

                                      MORGAN, LEWIS & BOCKIUS LLP

                                      */s/ Per D. Jansen*
                                      Per D. Jansen, WSBA #49966
                                      E-mail: per.jansen@morganlewis.com
                                      1301 Second Avenue, Suite 2800
                                      Seattle, WA 98101
                                      Telephone: (206) 274-6400

                                      Marcos Sasso (Admitted Pro Hac Vice)
                                      E-mail: marcos.sasso@morganlewis.com
                                      2049 Century Park East, Suite 700
                                      Los Angeles, CA 90067
                                      Phone: (310) 907-1064

                                      Attorneys for Defendant JPMorgan Chase Bank, N.A.

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 2
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

# ORDER

Based on the Parties' foregoing Stipulated Motion, IT IS ORDERED that the briefing schedule on Defendant's Motion to Dismiss (Dkt. 17) is modified as follows:

- November 15, 2023 Response due by Plaintiff Jong Ham
- December 6, 2023 Reply due by Defendant JPMorgan Chase

DATED this 19th day of October, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Amy H. Yoon WSBA No. 58102
E-mail: ayoon@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

Attorneys for Plaintiff Jong Ham

MORGAN, LEWIS & BOCKIUS LLP

/s/ Per D. Jansen
Per D. Jansen, WSBA #49966
E-mail: per.jansen@morganlewis.com
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 274-6400

Marcos Sasso (Admitted Pro Hac Vice)
E-mail: marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 907-1064

Attorneys for Defendant JPMorgan Chase Bank, N.A.

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 3
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308