HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JONG HAM, an individual,

                   Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A., a
Delaware corporation,

                 Defendant.

NO. 3:23-CV-05698-BJR

RENEWED STIPULATION AND ORDER
TO CONTINUE TRIAL AND RELATED
DATES

## STIPULATED MOTION

Plaintiff Jong Ham ("Ham") and Defendant JPMorgan Chase Bank, N.A. ("Chase") (collectively, the "Parties") jointly request that the Court continue the trial and related dates scheduled on the Order Setting Trial Dates and Related Dates, entered November 16, 2023 (Dkt. No. 25).

On October 16, 2023, Defendant filed a Motion to Dismiss Plaintiff's Complaint seeking to dismiss all of Plaintiff's claims (Dkt. No. 17).

On November 15, 2023, the parties filed a Joint Status Report and Discovery Plan (Dkt. No. 23) setting forth proposed case scheduling deadlines based on the then-current case posture. At the time the parties submitted the Joint Status Report and Discovery Plan, Defendant's Motion to Dismiss was still pending before this Court. At the time, the parties submitted the proposed case

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

deadlines to account for the time it would take for the Court to rule on Defendant's dispositive motion, but the parties did not definitely know when the Court would rule on the motion.

On November 16, 2023, the Court entered its Order Setting Trial Dates and Related Dates "after reviewing the joint status report and discovery plan submitted by the parties." The Court noted that the dates set therein would only be altered upon good cause shown.

On March 29, 2024, four months after the parties submitted their Joint Status Report and Discovery Plan, the Court entered its Order Granting in Part and Denying in Part Defendant's Motion to Dismiss ("Dismissal Order") (Dkt. No. 29) allowing Plaintiff's breach contract, breach of implied duty of good faith and fair dealing, negligence (with regard to Plaintiff's allegation that Defendant owed him a fiduciary duty as a Chase Private Client), and WPCA claims to proceed.

Defendant filed its Answer to the surviving claims on April 26, 2024 (Dkt. No. 30).

On May 8, 2024, less than two weeks after answering the complaint, Plaintiff served Defendant with Plaintiff's First Set of Interrogatories and Requests for Production ("Discovery Requests"). Defendant's discovery responses and document production were due June 7, 2024.

On May 28, 2024, Defendant requested an extension for Defendant's discovery responses. Defendant informed Plaintiff that it required the extension to complete the responses and obtain the necessary client verification. Defendant also asked if Plaintiff would agree to enter into a model Electronically Stored Information and Protective Order. Later that same day, Plaintiff agreed to Defendant's requested discovery extension and asked Defendant to circulate its proposed ESI order. The parties negotiated a draft Protective Order, which was filed on July 17, 2024. Defendants provided its written responses to Plaintiff's discovery on July 5, 2024, and is now about to engage in rolling document productions, which it has been diligently working to collect and review over the last several months, since discovery was first served.

The parties are cooperating in discovery and Defendant will shortly be producing documents to Plaintiffs following entry of the forthcoming protective order, which will be on going. Additionally, Chase's former counsel handling this matter, Per de Vise Jansen, left Chase's

RENEWED STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES - 2
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

law firm on July 9, 2024, handing over the matter to new counsel, Andrew DeCarlow, who substituted in. In light of this transition, Chase's new counsel has also required additional time to get up to speed on the case, which a comparatively brief extension of existing case deadlines would allow.

In light of the state of discovery, the parties' good faith cooperation and diligence to date, and Chase's change of counsel, the parties stipulated to a brief, two-month extension of existing case deadlines. However, on July 11, 2024, the Court entered a minute order (Dkt. No. 34) denying the parties' original stipulated motion to extend the case deadlines (Dkt. No. 33) and allowing the parties to file a new motion setting forth good cause for the extension request and explaining what actions the parties have taken since the Court's Dismissal Order to move the case forward.

As set forth above, good cause exists to extend the case deadlines. The parties propose to extend the deadlines by, at most, a matter of months. Until the Court ruled on Defendant's dispositive motion, the parties had no guidance as to which of Plaintiff's claims could proceed and could not engage in discovery or other case activity. Four months after the parties submitted their Joint Status Report, upon receiving the Court's March 29th Dismissal Order, the parties have made good faith efforts to move the case forward and are now actively engaged in discovery, notwithstanding Chase's change of counsel.  The parties have worked to finalize the protective order and produce documents as diligently as possible. Defendant will begin document production soon on a rolling basis.  The parties could not reasonably engage in discovery earlier than March 29, 2024, without knowing which claims were active and, following finalization of the pleadings, Defendant has been engaged in collecting and reviewing responsive documents. In light of the good faith cooperation on both sides, and the current state of discovery notwithstanding that cooperation, the parties do not believe that the current case schedule is realistic.

Accordingly, good cause exists to modify the deadlines set forth in the Court's Order Setting Trial Dates and Related Dates.

RENEWED STIPULATION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES - 3
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700    fax 206 587 2308

1  The Parties certify that they have conferred and stipulate and agree that the trial and related

2  dates should be continued as follows:

3

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|-------|------------------|-------------------|
| JURY TRIAL DATE | March 17, 2025 | May 19, 2025 |
| Deadline for joining additional parties | December 13, 2023 | December 13, 2024 |
| Deadline for filing amended pleadings | December 26, 2023 | December 26, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | August 19, 2024 | December 20, 2024 |
| Discovery completed by | September 18, 2024 | Fact discovery close: November 20, 2024<br><br>Expert discovery close: January 20, 2025 |
| All dispositive motions must be filed by | October 18, 2024 | February 24, 2025 |
| All motions *in limine* must be filed by | February 10, 2025 | April 10, 2025 |
| Joint Pretrial Statement | February 18, 2025 | April 18, 2025 |
| Pretrial conference | March 3, 2025 | May 5, 2025 |
| Length of Jury Trial | 2–7 days | 2–7 days |

## CONCLUSION

For the reasons stated above, the Parties respectfully request the Court enter the [Proposed]

Order Continuing Trial and Related Dates submitted herewith.

//

//

//

//

//

//

RENEWED STIPULATION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES - 4
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

1  DATED this 18th day of July, 2024.

2                                      CAIRNCROSS & HEMPELMANN, P.S.

3

4                                      /s/ Binah B. Yeung
                                       Binah B. Yeung WSBA No. 44065
5                                      E-mail: byeung@cairncross.com
                                       Amy H. Yoon WSBA No. 58102
6                                      E-mail: ayoon@cairncross.com
                                       524 Second Avenue, Suite 500
7                                      Seattle, WA  98104-2323
                                       Telephone: (206) 587-0700
8                                      Facsimile: (206) 587-2308

9

10                                     Attorneys for Plaintiff Jong Ham

11                                     MORGAN, LEWIS & BOCKIUS LLP

12

13                                     /s/ Andrew DeCarlow
                                       Andrew DeCarlow, WSBA #54471
14                                     E-mail: andrew.decarlow@morganlewis.com
                                       1301 Second Avenue, Suite 2800
15                                     Seattle, WA 98101
                                       Telephone: (206) 274-6400
16

17                                     Marcos Sasso (Admitted Pro Hac Vice)
                                       E-mail: marcos.sasso@morganlewis.com
18                                     2049 Century Park East, Suite 700
                                       Los Angeles, CA 90067
19                                     Phone: (310) 907-1064

20

21                                     Attorneys for Defendant JPMorgan Chase Bank,
                                       N.A.

22

23

24

25

26

RENEWED STIPULATION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES - 5
NO. 3:23-CV-05698-BJR

# ORDER

Based on the Parties' foregoing Stipulated Motion, IT IS ORDERED that the Order Setting Trial Dates and Related Dates, filed November 16, 2023 (Dkt. 25) is modified as follows:

| EVENT | DEADLINE |
|-------|----------|
| JURY TRIAL DATE | May 19, 2025 |
| Deadline for joining additional parties | December 13, 2024 |
| Deadline for filing amended pleadings | December 26, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | December 20, 2024 |
| Discovery completed by | Fact discovery close: November 20, 2024<br><br>Expert discovery close: January 20, 2025 |
| All dispositive motions must be filed by | February 24, 2025 |
| All motions *in limine* must be filed by | April 10, 2025 |
| Joint Pretrial Statement | April 18, 2025 |
| Pretrial conference | May 5, 2025 |
| Length of Jury Trial | 2–7 days |

DATED: July 19, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

1   Presented by:

2   CAIRNCROSS & HEMPELMANN, P.S.

3
    /s/ Binah B. Yeung
4   Binah B. Yeung WSBA No. 44065
    E-mail: byeung@cairncross.com
5   Amy H. Yoon WSBA No. 58102
    E-mail: ayoon@cairncross.com
6   524 Second Avenue, Suite 500
    Seattle, WA  98104-2323
7   Telephone: (206) 587-0700
    Facsimile: (206) 587-2308
8
    Attorneys for Plaintiff Jong Ham
9

10  MORGAN, LEWIS & BOCKIUS LLP

11
    /s/ Andrew DeCarlow
12  Andrew DeCarlow, WSBA #54471
    E-mail: andrew.decarlow@morganlewis.com
13  1301 Second Avenue, Suite 2800
    Seattle, WA 98101
14  Telephone: (206) 274-6400

15  Marcos Sasso (Admitted Pro Hac Vice)
    E-mail: marcos.sasso@morganlewis.com
16  2049 Century Park East, Suite 700
    Los Angeles, CA 90067
17  Phone: (310) 907-1064

18  Attorneys for Defendant JPMorgan Chase Bank, N.A.

19

20

21

22

23

24

25

26

RENEWED STIPULATION AND ORDER TO CONTINUE TRIAL
AND RELATED DATES - 7
NO. 3:23-CV-05698-BJR

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308