THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONG HAM, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., a Delaware corporation,<br><br>        Defendant. | Case No. 3:23-cv-05698-BJR<br><br>**STIPULATED MOTION TO EXTEND TRIAL AND RELATED DEADLINES** |

    Plaintiff, Jong Ham, and Defendant, JPMorgan Chase Bank, N.A. (together the "Parties"), stipulate and jointly request that the Court continue the trial and related dates scheduled on the Order Setting Trial Dates and Related Dates, entered July 19, 2024 (Dkt. No. 37), for the reasons set forth below.

    Since the last continuance in this matter on July 19, 2024, the Parties have continued to conduct discovery and believe mediation of the matter may be fruitful. However, due to scheduling, including availability of the mediator, the Parties will not be able to mediate until November 18, 2024. Mediation has now been scheduled and confirmed for that date before Judge Dean Lum with JAMS.

    Prior to mediation, while the Parties continue to conduct discovery, they believe that the

STIPULATED MOTION TO EXTEND TRIAL
AND RELATED DEADLINES- 1
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

economies of the Parties and Court would be best served by extending the existing deadlines. In particular, the Parties believe that judicial economy favors extending fact and expert discovery, if any, until after mediation. Doing so would not only conserve the Parties' resources, but also potentially avoid unnecessarily burdening the Court with motions practice and disputes that may prove ultimately unnecessary.

The Parties further believe that a continuance is warranted that would allow adequate time to complete discovery, including expert discovery, dispositive motions, and trial preparation in the event the November 18th mediation is unsuccessful.

The Parties certify that they have conferred and stipulate and agree that the trial and related dates should be continued as follows, and respectfully ask the Court to enter an order setting the following deadlines:

| EVENT | CURRENT DEADLINE (Dkt. 37) | PROPOSED DEADLINE |
|---|---|---|
| TRIAL DATE | May 19, 2025 | August 18, 2025 |
| Deadline for Joining Additional Parties | December 13, 2024 | February 3, 2025 |
| Fact Discovery Cutoff | November 20, 2024 | March 3, 2025 |
| Deadline for filing amended pleadings | December 26, 2024 | March 14, 2025 |
| Deadline to Disclose Expert Witnesses | October 25, 2024 (*by agreement*) | March 7, 2025 |
| Expert Reports Due (FRCP 26(a)(2)) | December 20, 2024 | March 21, 2025 |
| Expert Rebuttal Reports Due | N/A | April 18, 2025 |
| Expert Discovery Cutoff | N/A | May 19, 2025 |
| All dispositive motions must be filed by | January 24, 2025 | June 2, 2025 |
| All motions *in limine* must be filed by | April 10, 2025 | July 14, 2025 |
| Pretrial Statement Due | February 18, 2025 | July 25, 2025 |
| Pretrial Conference | March 3, 2025 | August 8, 2025 |
| Length of Trial | 2-7 Days | 2-7 Days |

STIPULATED MOTION TO EXTEND TRIAL
AND RELATED DEADLINES - 2
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

For the reasons stated above, the Parties respectfully request the Court enter the [Proposed] Order Continuing Trial and Related Dates submitted herewith.

IT IS SO STIPULATED.

DATED this 8th day of October 2024.

| | |
|---|---|
| **CAIRNCROSS & HEMPELMANN, P.S.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Binah B. Yeung* <br> Binah B. Yeung, WSBA #44065 <br> Amy H. Yoon, WSBA #58102 <br> 524 2nd Avenue, Suite 500 <br> Seattle, WA 98104-2323 <br> Phone: (206) 254-0700 <br> Fax: (206) 587-2308 <br> Email: byeung@cairncross.com <br>        ayoon@cairncross.com <br><br> *Attorneys for Plaintiff* | By: *s/ Andrew DeCarlow* <br> Andrew DeCarlow, WSBA #54177 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email:  andrew.decarlow@morganlewis.com <br><br> Arjun Rao *(pro hac vice)* <br> Marcos Sasso *(pro hac vice)* <br> 2049 Century Park East, Suite 700 <br> Los Angeles, CA 90067 <br> Phone: (310) 907-1064 <br> Email:  arjun.rao@morganlewis.com <br>         marco.sasso@morganlewis.com <br><br> *Attorneys for Defendant* |

STIPULATED MOTION TO EXTEND TRIAL
AND RELATED DEADLINES - 3
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# ORDER

The Stipulated Motion to Extend Trial and Related Deadlines is GRANTED. Trial in this matter is continued to August 18, 2025, and all pretrial dates shall be continued as set forth below:

| EVENT | CURRENT DEADLINE (Dkt. 37) | PROPOSED DEADLINE |
|---|---|---|
| TRIAL DATE | May 19, 2025 | August 18, 2025 |
| Deadline for Joining Additional Parties | December 13, 2024 | February 3, 2025 |
| Fact Discovery Cutoff | November 20, 2024 | March 3, 2025 |
| Deadline for filing amended pleadings | December 26, 2024 | March 14, 2025 |
| Deadline to Disclose Expert Witnesses | October 25, 2024 (*by agreement*) | March 7, 2025 |
| Expert Reports Due (FRCP 26(a)(2)) | December 20, 2024 | March 21, 2025 |
| Expert Rebuttal Reports Due | N/A | April 18, 2025 |
| Expert Discovery Cutoff | N/A | May 19, 2025 |
| All dispositive motions must be filed by | January 24, 2025 | June 2, 2025 |
| All motions *in limine* must be filed by | April 10, 2025 | July 14, 2025 |
| Pretrial Statement Due | February 18, 2025 | July 25, 2025 |
| Pretrial Conference | March 3, 2025 | August 8, 2025 |
| Length of Trial | 2-7 Days | 2-7 Days |

**The Court cautions that it is unlikely to grant any further extensions to case management dates.**

DATED this 8th day of October, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO EXTEND TRIAL
AND RELATED DEADLINES - 4
(Case No. 3:23-cv-05698-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**CAIRNCROSS & HEMPELMANN, P.S.**

By: *s/Binah B. Yeung*
Binah B. Yeung, WSBA #44065
Amy H. Yoon, WSBA #58102
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323
Phone: (206) 254-0700
Fax: (206) 587-2308
Email:   byeung@cairncross.com
             ayoon@cairncross.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA #54177
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:   andrew.decarlow@morganlewis.com

Arjun Rao *(pro hac vice)*
Marcos Sasso *(pro hac vice)*
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 907-1064
Email:   arjun.rao@morganlewis.com
             marco.sasso@morganlewis.com

*Attorneys for Defendant*

STIPULATED MOTION TO EXTEND TRIAL
AND RELATED DEADLINES - 5
(Case No. 3:23-cv-05698-BJR)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401