HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JONG HAM, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation,<br><br>    Defendant. | NO. 3:23-CV-05698-BJR<br><br>STIPULATED MOTION AND ORDER REGARDING VOLUNTARY DISMISSAL |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jong Ham and Defendant JPMorgan Chase Bank, N.A., hereby stipulate and agree to the dismissal of this action in its entirety with prejudice and without costs or fees to any party. The parties further agree to entry of the Order of Dismissal submitted herewith.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL - 1
(CASE NO. 3:23-CV-05698-BJR)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    DATED this 21st day of November, 2024.

| **CAIRNCROSS & HEMPELMANN, P.S.** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Binah B. Yeung*<br>Binah B. Yeung, WSBA #44065<br>Amy H. Yoon, WSBA #58102<br>524 2nd Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Phone: (206) 254-0700<br>Fax: (206) 587-2308<br>byeung@cairncross.com<br>ayoon@cairncross.com<br><br>*Attorneys for Plaintiff* | By: *s/ Andrew DeCarlow*<br>Andrew DeCarlow, WSBA #54177<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>andrew.decarlow@morganlewis.com<br><br>Arjun Rao (pro hac vice)<br>Marcos Sasso (pro hac vice)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Phone: (310) 907-1064<br>arjun.rao@morganlewis.com<br>marco.sasso@morganlewis.com<br><br>*Attorneys for Defendant* |

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL - 2
(CASE NO. 3:23-CV-05698-BJR)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

## ORDER

THIS MATTER came before the Court on the Plaintiff and Defendant's Stipulated Motion for Voluntary Dismissal, and the Court having reviewed the stipulation of the parties and records and files herein, it is hereby:

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED with prejudice and without fees or costs to either party.

DATED this 21st day of November 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung WSBA No. 44065
E-mail: byeung@cairncross.com
Amy H. Yoon WSBA No. 58102
E-mail: ayoon@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL - 3
(CASE NO. 3:23-CV-05698-BJR)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

1. MORGAN, LEWIS & BOCKIUS LLP

2. *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA #54177
3. 1301 Second Avenue, Suite 3000
Seattle, WA 98101
4. Phone: (206) 274-6400
andrew.decarlow@morganlewis.com

5.

6. Arjun Rao (pro hac vice)
Marcos Sasso (pro hac vice)
2049 Century Park East, Suite 700
7. Los Angeles, CA 90067
Phone: (310) 907-1064
8. arjun.rao@morganlewis.com
marco.sasso@morganlewis.com

9.

*Attorneys for Defendant*

10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL - 4
(CASE NO. 3:23-CV-05698-BJR)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

**Certificate of Service**

I, Heather Guthrie, certify under penalty of perjury of the laws of the State of Washington that on November 21, 2024, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the following persons:

Andrew DeCarlow, WSBA #54177
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
andrew.decarlow@morganlewis.com

Arjun Rao (pro hac vice)
Marcos Sasso (pro hac vice)
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 907-1064
arjun.rao@morganlewis.com
marco.sasso@morganlewis.com

Attorneys for Defendant

DATED this 21st day of November, 2024, at Seattle, Washington.

*s/ Heather Guthrie*
Heather Guthrie
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
hguthrie@cairncross.com

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL - 1
(CASE NO. 3:23-CV-05698-BJR)

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308